# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| THE JEWISH HOME OF EASTERN PENNSYLVANIA,<br><br>Appellant<br><br>v.<br><br>PENNSYLVANIA DEPARTMENT OF HEALTH AND PENNSYLVANIA HEALTH POLICY BOARD,<br><br>Appellees | : No. 133 MAP 2014<br>:<br>: Appeal from the order of the<br>: Commonwealth Court at No. 452 MD 2014,<br>: dated October 28, 2014.<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## ORDER

**PER CURIAM**                                                 **DECIDED:   December 21, 2015**

   **AND NOW,** this 21st day of December, 2015, the order of the Commonwealth Court is **AFFIRMED**.